# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 10893002 | Current Institution: | Talladega FCI |
| Inmate Name: | SMITH, MICHAEL | Housing Unit: | UNIT S |
| Report Date: | 09/06/2005 | Living Quarters: | S02-013L |
| Report Time: | 7:40:46 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9496 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/1/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 9/3/2005 6:16:14 PM |
| Account Status: | Active |
| ITS Balance: | $2.11 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $6.72 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $6.72 |
| National 6 Months Deposits: | $1,133.28 |
| National 6 Months Withdrawals: | $1,126.74 |
| National 6 Months Avg Daily Balance: | $20.29 |
| Local Max. Balance - Prev. 30 Days: | $66.17 |
| Average Balance - Prev. 30 Days: | $18.26 |

## Commissary History

### Purchases

Validation Period Purchases: $125.45
YTD Purchases: $947.14
Last Sales Date: 9/1/2005 6:15:46 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $125.45
Remaining Spending Limit: $164.55

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type    Start Date    End Date    Userid    Active

## Comments

Comments:

## Deposits



| Inmate Reg #: | 10893002 | Current Institution: | Talladega FCI |
| Inmate Name: | SMITH, MICHAEL | Housing Unit: | UNIT S |
| Report Date: | 09/06/2005 | Living Quarters: | S02-013L |
| Report Time: | 7:40:20 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 8/31/2005 6:27:09 PM | AMSERVICE | Western Union | $50.00 | 33323705 | |
| 8/24/2005 7:04:16 AM | AMSERVICE | Western Union | $50.00 | 33323205 | |
| 8/15/2005 10:22:40 AM | AMSERVICE | Western Union | $50.00 | 33322505 | |
| 8/11/2005 5:07:58 AM | AMSERVICE | Lockbox - CD | $20.00 | 70138801 | |
| 8/5/2005 9:43:20 AM | TDG3615 | Payroll - IPP | $7.20 | 5JV0093 | |
| 7/18/2005 8:30:07 PM | AMSERVICE | Western Union | $100.00 | 33320505 | |
| 7/13/2005 4:22:52 PM | AMSERVICE | Western Union | $50.00 | 33320205 | |
| 7/7/2005 9:38:57 AM | TDG3615 | Payroll - IPP | $6.60 | 5JV0086 | |
| 7/5/2005 7:16:56 AM | AMSERVICE | Western Union | $100.00 | 33319605 | |
| 6/28/2005 8:14:36 PM | AMSERVICE | Western Union | $40.00 | 33319105 | |
| 6/21/2005 8:27:01 PM | AMSERVICE | Western Union | $50.00 | 33318605 | |
| 6/13/2005 5:06:33 AM | AMSERVICE | Lockbox - CD | $40.00 | 70134603 | |
| 6/8/2005 8:07:05 AM | TDG0711 | Payroll - IPP | $6.24 | 5JV0078 | |
| 6/4/2005 5:01:07 AM | AMSERVICE | Lockbox - CD | $50.00 | 70134101 | |
| 6/1/2005 6:25:05 AM | AMSERVICE | Western Union | $40.00 | 33317205 | |
| 6/1/2005 5:53:20 AM | AMSERVICE | Lockbox - CD | $25.00 | 70133801 | |
| 5/20/2005 5:34:37 AM | AMSERVICE | Lockbox - CD | $100.00 | 70133101 | |
| 5/19/2005 5:17:31 AM | AMSERVICE | Lockbox - CD | $30.00 | 70133001 | |
| 5/9/2005 8:23:41 AM | TDG3615 | Payroll - IPP | $6.24 | 5JV0068 | |
| 5/9/2005 5:01:09 AM | AMSERVICE | Lockbox - CD | $50.00 | 70132203 | |
| 5/2/2005 5:19:39 AM | AMSERVICE | Lockbox - CD | $50.00 | 70131703 | |
| 4/18/2005 6:32:44 PM | AMSERVICE | Western Union | $100.00 | 33314005 | |
| 4/11/2005 11:24:25 AM | AMSERVICE | Western Union | $50.00 | 33313505 | |
| 4/7/2005 2:59:16 PM | TDG3615 | Payroll - IPP | $6.00 | 5JV0050 | |
| 4/5/2005 6:28:06 AM | AMSERVICE | Lockbox - CD | $50.00 | 70129801 | |
| 3/8/2005 7:38:20 AM | TDG3615 | Payroll - IPP | $6.00 | 5JV0049 | |
| 2/7/2005 9:17:37 AM | TDG3615 | Payroll - IPP | $6.00 | 5JV0036 | |
| 1/11/2005 6:29:08 AM | AMSERVICE | Lockbox - CD | $20.00 | 70124001 | |
| 1/7/2005 10:55:03 AM | TDG3615 | Payroll - IPP | $6.00 | 5JV0021 | |
| 12/7/2004 9:00:33 AM | TDG3615 | Payroll - IPP | $6.00 | 5JV0015 | |
| 11/5/2004 10:08:26 AM | TDG3615 | Payroll - IPP | $6.00 | 5JV0005 | |
| 10/7/2004 10:06:24 AM | TDG3615 | Payroll - IPP | $12.00 | 4JV0139 | |

1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RE: The matter of Michael A. Smith
v.
Alberto Gonzales, et al.,
Civil Action No. 051629

    Plaintiff, Michael A. Smith, as per order of the District Court date 08-11-05 in the above Civil Action, has herein complied with 28 U.S.C. §1915 by providing the Court with a certified copy of his prison trust fund account statement and ledger sheets for the six-month period immediately preceding the filing of the above cited complaint.

Excuted this  7th  day of September, 2005

_____
Michael A. Smith
Plaintiff

Michael A. Smith
Reg. No. 10893-002
PMB 1000
Talladega, Al.  35160