**FILED**
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael A. Smith,                )
                                 )
        Plaintiff,                )
                                 )
        v.                        )   Civil Action No. 05-1629
                                 )
Alberto Gonzales, *et al.*,       )
                                 )
        Defendants.               )

MEMORANDUM AND ORDER

This action, filed *pro se*, is before the Court on plaintiff's motion for a temporary restraining order, which is accompanied with his complaint and application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis*, deny the TRO motion, and direct reassignment of the case for further proceedings.

Plaintiff is a federal prisoner incarcerated in Talladega, Alabama. He seeks an order to enjoin the Bureau of Prisons from implementing "the so called 'tobacco free initiative.'" TRO Motion at 1. Plaintiff asserts that the program violates the Administrative Procedure Act ("APA") because it was not subjected to the Act's rulemaking requirements. He alleges that he "suffers severe and irreparable injuries by reason of Defendants' failure to comply with the full requirements of the [APA]." *Id.* at 4. Plaintiff alleges in the complaint that he is suffering withdrawal symptoms from a 30-year smoking habit, but he also acknowledges that programs are available to assist inmates with kicking the habit.

A temporary restraining order may be granted only if:

> it clearly appears from the specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition.

Fed. R. Civ. P. 65(b)(1). Neither the motion nor the complaint establishes the level of injury required for granting such extraordinary relief. Accordingly, it is

ORDERED that the motion for a temporary injunction [# 3] is DENIED; it is

FURTHER ORDERED that the Clerk shall randomly reassign this case to a district judge. A separate order assessing a partial filing fee and granting leave to proceed *in forma pauperis* will issue contemporaneously.

/s/ Colleen Kollar-Kotelly
United States District Judge

Date: 9/27/05

2