UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. SMITH<br>#10893-022<br>PMB 1000<br>Talladega, AL 35160<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALES,<br>UNITED STATES ATTORNEY GENERAL,<br>IN HIS PERSONAL AND OFFICIAL,<br>CAPACITY,<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>BUREAU OF PRISONS, IN HIS PERSONAL<br>AND OFFICIAL, CAPACITY,<br><br>MR. FLENT<br>SOUTHEAST REGIONAL DIRECTOR OF THE<br>BUREAU OF PRISONS, IN HIS PERSONAL<br>AND OFFICIAL, CAPACITY,<br><br>D.B. DREW,<br>WARDEN OF THE FEDERAL CORRECTIONAL<br>INSTITUTE AT TALLADEGA, IN HIS PERSONAL<br>AND OFFICIAL, CAPACITY,<br><br>    Defendants. | Electronic Case Filing<br>Civil Action No.05-1629<br>(JDB) |

## PRAECIPE

  THE CLERK OF THE COURT will please enter the appearance of Assistant United States Attorney Mercedeh Momeni as counsel of record for the defendant, United States Parole Commission in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2005 I caused the foregoing Praecipe to be served on plaintiff's counsel, postage prepaid, addressed as follows:

MICHAEL A. SMITH
R#10893-022
Talladega  F.C.I.
PMB 1000
Talladega, AL 35160

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)