UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. SMITH<br>#10893-022<br>PMB 1000<br>Talladega, AL 35160<br><br>        Plaintiff,<br><br>       v.<br><br>ALBERTO GONZALES,<br>UNITED STATES ATTORNEY GENERAL,<br>IN HIS PERSONAL AND OFFICIAL,<br>CAPACITY,<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>BUREAU OF PRISONS, IN HIS PERSONAL<br>AND OFFICIAL, CAPACITY,<br><br>MR. FLENT<br>SOUTHEAST REGIONAL DIRECTOR OF THE<br>BUREAU OF PRISONS, IN HIS PERSONAL<br>AND OFFICIAL, CAPACITY,<br><br>D.B. DREW,<br>WARDEN OF THE FEDERAL CORRECTIONAL<br>INSTITUTE AT TALLADEGA, IN HIS PERSONAL<br>AND OFFICIAL, CAPACITY,<br><br>        Defendants. | Electronic Case Filing<br>Civil Action No.05-1629<br>(JDB) |

<u>AMENDED NOTICE OF APPEARANCE</u>

      THE CLERK OF THE COURT will please enter the appearance of Assistant United States Attorney Mercedeh Momeni as counsel of record for all defendants, in the above-captioned case.

        Respectfully submitted,

              /s/

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2005 I caused the foregoing Amended Notice of Appearance to be served on plaintiff's counsel, postage prepaid, addressed as follows:

MICHAEL A. SMITH
R#10893-022
Talladega F.C.I.
PMB 1000
Talladega, AL 35160

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)