UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ALBERTO GONZALES, et al. | ) |
| | ) Electronic Case Filing |
| | ) Civil Action No. 05-1629 (JDB) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME
### TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants hereby move for an extension of time within which to file an answer or otherwise respond to Plaintiff's complaint, through and including January 11, 2006. Good cause exists to grant this motion.

1. Pursuant to Fed. R. Civ. P. 12, Defendant's answer to the complaint is currently due on December 12, 2005.

2. Defendants require additional time to prepare and file an answer or otherwise respond to Plaintiff's complaint. This time is principally needed because of the schedule of lead counsel for Defendant, which has included preparations for trial in the matter of Threadgill v. Paige, Civil Action No. 02-2232 (RCL), due to begin on December 19, 2005, and settlement negotiations in the matter of Kalinoski v. Evans, Civil Action No. 04-1206 (JDB/AK).

3. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the reply be extended to January 11, 2006. A minute order is requested.

                                  Respectfully submitted,
                                        /s/

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney
                /s/

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney
                /s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 305-4851

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, I caused the foregoing Amended Notice of Appearance to be served on plaintiff's counsel, postage prepaid, addressed as follows:

**MICHAEL A. SMITH**
**R#10893-022**
**Talladega F.C.I.**
**PMB 1000**
**Talladega, AL 35160**

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)