UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. SMITH | ) |
| Plaintiff, | ) |
| v. | ) |
| ALBERTO GONZALES, et al. | ) |
| Defendants. | ) Electronic Case Filing<br>) Civil Action No. 05-1629 (JDB) |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants hereby move for an extension of time within which to file an answer or otherwise respond to Plaintiff's complaint, through and including February 10, 2006. Good cause exists to grant this motion.

1. Pursuant to Fed. R. Civ. P. 12, Defendant's answer to the complaint is currently due on January 11, 2006.

2. Defendants require additional time to prepare and file an answer or otherwise respond to Plaintiff's complaint. This time is principally needed because of the schedule of lead counsel for Defendant, which has included settlement negotiations in the matter of Kalinoski v. Evans, Civil Action No. 04-1206 (JDB/AK), Ransom v. Johannes, Civil Action No. 05-1279 (RMC/JMF), and White v. Department of the Air Force, Civil Action No. 04-639 (CKK/AK); discovery in matter of Edwards v. EPA, Civil Action No. 05-0426 (JDB), and a reply brief in the matter of Hopkins v. Spellings, Civil Action No. 04-1591 (RWR).

3. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not

apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the reply be extended to February 10, 2006. A minute order is requested.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC 20530
(202) 305-4851

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2006, I caused the foregoing Motion for an Extension of Time to Answer or Otherwise Respond to be served on plaintiff, postage prepaid, addressed as follows:

**MICHAEL A. SMITH**
**R#10893-022**
**Talladega F.C.I.**
**PMB 1000**
**Talladega, AL 35160**

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)