**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL A. SMITH | ) |
|       Plaintiff, | ) |
| v. | ) |
| ALBERTO GONZALES, et al. | ) |
|       Defendants. | ) **Electronic Case Filing**<br>) **Civil Action No. 05-1629 (JDB)** |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE A DISPOSITVE MOTION**

Defendants hereby move for an extension of time within which to file an answer or otherwise respond to Plaintiff's complaint, through and including February 17, 2006.[1]  Good cause exists to grant this motion.

    1. Defendant's answer to the complaint is currently due on February 10, 2006.

    2. Defendants require additional time to prepare and file a Motion to Dismiss Plaintiff's Complaint.  This time is principally needed because of the schedule of lead counsel for Defendant, which has included settlement negotiations in the matters of Szejner v. Quander, Civil Action No. 04- 0060 (ESH), Kalinoski v. Evans, Civil Action No. 04-1206 (JDB/AK) and Green v. Small, Civil Action No. 05-1055 (ESH) , deposition and other discovery activity in the matters of Edwards v. EPA, Civil Action No. 05-0426 (JDB), and Graham v. Architect of the Capitol, Civil Action No. 05-1340, trial preparations in the matter of Henderson v. Mineta, Civil

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defenses or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Action No. 02-1498 (GK), and an appellate brief in the matter of <u>Baker v. Winter</u>, Civil Action No. 05-0781 (RMU)/ No. 05-5461.

3. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[2]

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the reply be extended to February 17, 2006. A minute order is requested.

    Respectfully submitted,
    /s/

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney
    /s/

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney
    /s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 305-4851

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with <u>pro se</u> parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner <u>pro se</u> parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner <u>pro se</u> parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro se</u> party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2006, I caused the foregoing Motion to File a Dispositive Motion to be served on plaintiff, postage prepaid, addressed as follows:

**MICHAEL A. SMITH**
**R#10893-022**
**Talladega F.C.I.**
**PMB 1000**
**Talladega, AL 35160**

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)