UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. SMITH                )
    PLAINTIFF,                  )
                                )
                                )
v.                              )       CIVIL ACTION NO: 05-1629 (JDB)
                                )
                                )
ALBERTO GONZALES, et al.,       )
    DEFENDANT.                  )

PLAINTIFFS' MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE RESPONSE
TO DEFENDANTS' MOTION TO DISMISS
AND ADDITIONAL PLEADINGS

Plaintiff hereby moves for a 60 day extension of time in which to file a response to the defendants' motion to dismiss, and additional pleadings critical to the fair adjudication of the matter now before the court. Good cause exist to grant this matter.

1.) Plaintiff response to the defendants' motion to dismiss is currently due on March 24, 2006.

2.) Plaintiff requires additional time to prepare and file an Amended Complaint with supporting Affidavits thereto. This time is principally needed because of events happening on the ground here at the institution.

RECEIVED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.) Plaintiff has limited access to the law library at the institution. Because of this it takes considerable time and effort to prepare pleadings and affidavits. Additionally, due to frequent lock-downs it is next to impossible to schedule, with any certainty, time at the law library.

WHEREFORE, Plaintiff request that this enlargement be granted, and that the date for response be extended to May 24, 2006. A minute order is requested.

                Respectfully Submitted,

                *Michael A. Smith*
                Michael A. Smith
                Plaintiff

Michael A. Smith
Reg. No. 10893-022
Federal Correctional Institution
Box PMB 1000
Talladega, Alabama 35160

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify on this 20th. day of March, 2006, I caused the foregoing Plaintiffs' Motion For Extension Of Time In Which To File Response To Defendants Motion To Dismiss And Additional Pleadings, to be served on defendants, postage prepaid, addressed as follows:

MERCEDEH MOMENI
Assistant United States Attorney
555 4th. Street, NW
Washington, DC 20530

_____
Michael A. Smith
Reg. No. 10893-022
Federal Correctional Institution
Box PMB 1000
Talladega, Alabama 35160