UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. SMITH            )
          Plaintiff,        )
                            )
                            )
v.                          )    Civil Action No. 05-1629(JDB)
                            )
                            )
ALBERTO GONZLAES, et al.    )
          Defendants.       )

PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANTS MOTION TO DISMISS

   Plaintiff hereby moves for an extension of time within which to file his opposition to the defendant's Motion To Dismiss, through and including June 30, 2006. Good cause exists to grant this motion.

   1. Plaintiffs' opposition to defendant's motion to dismiss is currently due on May 24, 2006.

   2. Plaintiff requires additional time to prepare and file his opposition to defendants motion to dismiss in addition to a number of counter motion(s) that research has revealed are critical to plaintiffs position in this matter.

   3. In addition to the preperation of pleadings there is the matter of obtaining certain exhibits and affidavits for which an extention of time would seem to be appropriate pursuant to Fed.R.Civ.P. 56(f).

FILED

MAY 22 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Moreover, as the Court is aware, the prison setting is not very conducive to pursuits of the law. If the compound is not locked down because of bad weather its' because of a bad count. If the compound is open the yard is closed, where the law library is located. In addition to a mandatory work day. However, the work will be completed within the time requested above.

WHEREFORE, Plaintiff request that this enlargement of time be granted, and that the date be moved to June 30, 2006.

Executed this 17th day of May, 2006.

*Michael A. Smith*
Michael A. Smith
Plaintiff Pro Se


Michael A. Smith
Reg. No. 10893-002
Federal Correctional Institution
Box PMB 1000
Talladega, Alabama 35160

## CERTIFICATE OF SERVICE

I, Michael A. Smith, hereby certify that on this 17th day of May, 2006, I caused the foregoing, Plaintiffs' Second Motion For Extension of Time to File Opposition to Defendants Motion to Dismiss to be served on the defendants, postage prepaid, address as follows:

Mercedeh Momeni
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

*Michael A. Smith* (signature)
Michael A. Smith
Reg. No. 10893-002
Federal Correctional Institution
Box PMB 1000
Talladega, Alabama 35160