UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. SMITH,
    Plaintiff,

V.

ALBERTO GONZALES, et. al.,
    Defendants.

_____/

Civil Action No.
05-1629(JDB)

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Michael A. Smith, Plaintiff in the above styled matter and respectfully Moves this Court for leave to amend the instant Complaint, pursuant to Fed.R.Civ.Pro., Rule 15(a).

For reasons specified in the Memorandum of Points and Authorities in support of Motion for leave to Amend, leave should be granted as justice requires.

Respectfully Submitted,

Michael A. Smith
Plaintiff, pro se
Reg. No. 10893-022
Federal Correctional Inst.
Box PMB 1000
Talladega, Al. 35160

RECEIVED
JUN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. SMITH,
    Plaintiff,

V.

                                      Civil Action No.
                                      05-1629(JDB)

ALBERTO GONZALES, et. al.,
    Defendants.
_____/

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff has raised two additional claims for relief in his Amended Complaint. Item No.13 claims, generally, that the Defendants' arbitrary and capricious implementation of 28 CFR § 551.162(2) has, and is, depriving Plaintiff and all similarly situated persons of the enforcement of the equal protection component of the due process clause of the Fifth Amendment to the U.S. Constitution. See Plaintiff's Amended Complaint ¶13.

Item No.14 claims, generally, that 28 CFR § 551.162(2) is unconstitutional where it conflicts with 28 CFR § 551.163. See Plaintiff's Amended Complaint ¶14.

Rule 15(a) of the Fed.R.Civ.Pro., requires that at this point in the proceedings Plaintiff must seek leave of the Court to amend the instant Complaint.

> "...Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

Plaintiff has raised two very important Constitutional issues. Therefore, he respectfully moves this Court to grant the instant Motion for leave to Amend Complaint in the interest of justice.

Executed this 27 day of June, 2006.

Respectfully Submitted,

*Michael A. Smith*
Michael A. Smith
Plaintiff, pro se

Michael A. Smith
Reg No. 10893-002
Federal Correctional Inst.
Box PMB 1000
Talladega, Al. 35160

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of June, 2006, I caused the foregoing Plaintiff's Motion for Leave to Amend Complaint to be served on the defendants, postage pre-paid, addressed as follows:

MERCEDEH MOMENI

Assistant United States Attorney
555 4th Street, NW.
Washington, DC. 20530

Michael A. Smith
Plaintiff, pro se
Reg. No. 10893-002
Federal Correctional Inst.
Box PMB 1000
Talladega, Al. 35160