UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. SMITH, </br></br>      Plaintiff, </br></br>v. </br></br>ALBERTO GONZALES, et al. </br></br>      Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) **Electronic Case Filing** </br> ) **Civil Action No. 05-1629 (JDB)** </br> ) </br> ) |

### DEFENDANTS' MOTION FOR A THREE-DAY
### EXTENSION OF TIME TO FILE A DISPOSITVE MOTION

Defendants hereby move for an extension of time within which to file an answer or otherwise respond to Plaintiff's Amended Complaint, through and including August 24, 2006.[1] Good cause exists to grant this motion.

1. Defendants' response to Plaintiff's Amended Complaint and Motion for Summary Judgment is currently due on August 21, 2006.

2. Defendants require additional time to prepare their Motion For Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. Although the brief is substantially completed, certain Constitutional issues contained in the Amended Complaint require additional attention. Therefore, out of an abundance of caution, Defendants respectfully request three additional days to file their brief.

3. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defenses or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

apply to this motion.  Undersigned counsel, therefore, has not obtained his position as to the relief requested.[2]

WHEREFORE, Defendants request that this enlargement be granted, and that the date for their response to the Amended Complaint and Opposition be extended to August 24, 2006.  A minute order is requested.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 305-4851

---

[2]Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2006, I caused the foregoing Motion to for an Extension of Time to File a Dispositive Motion and Opposition to be served on plaintiff, postage prepaid, addressed as follows:

**MICHAEL A. SMITH**
**R#10893-022**
**Talladega F.C.I.**
**PMB 1000**
**Talladega, AL 35160**

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)