IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael A. Smith, | ) |
|         Plaintff, | ) |
| v. | ) Case No. 05-1629 (JDB) |
| Alberto Gonzales, et al., | ) |
|         Defendants. | ) |

### **DECLARATION OF VAN VANDIVIER**

I have personal knowledge of the facts and matters contained herein and can testify to the same if called upon to do so.

1. I, Van Vandivier, am employed in the Southeast Regional Office of the Bureau of Prisons (BOP) as Senior Litigation Counsel. In this capacity, I have access to records of administrative remedy requests and appeals filed with the BOP.

2. The Bureau of Prisons' regulations on the Administrative Remedy Program (set out in the Code of Federal Regulations at 28 C.F.R. § 542.10, et seq.) provide for an informal resolution attempt, then formal filing of a Request for Administrative Remedy, and a response from the Warden at the institution level. If the inmate is not satisfied, he may formally appeal to the Regional and Central Office levels in turn, with responses from these levels as well. Because appeal to the General Counsel at the Central Office level is the final administrative appeal, until he has appealed through all three levels, an inmate has not exhausted administrative remedies available from the Bureau of Prisons. See 28 C.F.R. § 542.15(a)("Appeal to the General Counsel is the final administrative appeal.")

3. The BOP's SENTRY computer system is used to track inmates' administrative remedy filings.

4. On July 28, 2006, I checked computer records to determine whether Michael A. Smith, Reg. No. 10893-002, has exhausted administrative remedies on the issues in this case. Computer records reflect he has not submitted any Requests for Administrative Remedy and appeals. (See Attachment A.)

5. On the basis of the above information, the record reflects the Plaintiff has not exhausted administrative remedies.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 this information is true and correct to the best of my knowledge.

7/28/06
DATE

Van Vandivier
Senior Litigation Counsel

DEFENDANT'S EXHIBIT 1

ATTACHMENT A

```
        FUNCTION: LST SCOPE: REG    EQ 10893-002    OUTPUT FORMAT: FULL
       -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____  THRU _____     DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____   ____   ____   ____   ____   ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: _____ _____ _____ _____ _____ _____
        TYPE: ___     ___     ___     ___     ___     ___
EVNT FACL: EQ ____   ____   ____   ____   ____   ____
RCV FACL.: EQ ____   ____   ____   ____   ____   ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____   ____   ____   ____   ____   ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G5152       NO REMEDY DATA EXISTS FOR THIS INMATE
```