IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael A. Smith,                )
                                 )
        Plaintff,                )
                                 )
v.                               )   Case No. 05-1629 (JDB)
                                 )
Alberto Gonzales, et al.,        )
                                 )
        Defendants.              )

## DECLARATION OF VAN VANDIVIER

I have personal knowledge of the facts and matters contained herein and can testify to the same if called upon to do so.

1. I, Van Vandivier, am employed in the Southeast Regional Office of the Bureau of Prisons (BOP) as Senior Litigation Counsel. In this capacity, I have access to records of administrative remedy requests and appeals filed with the BOP.

2. The Bureau of Prisons' regulations on the Administrative Remedy Program (set out in the Code of Federal Regulations at 28 C.F.R. § 542.10, et seq.) provide for an informal resolution attempt, then formal filing of a Request for Administrative Remedy, and a response from the Warden at the institution level. If the inmate is not satisfied, he may formally appeal to the Regional and Central Office levels in turn, with responses from these levels as well. Because appeal to the General Counsel at the Central Office level is the final administrative appeal, until he has appealed through all three levels, an inmate has not exhausted administrative remedies available from the Bureau of Prisons. See 28 C.F.R. § 542.15(a)("Appeal to the General Counsel is the final administrative appeal.")

3. The BOP's SENTRY computer system is used to track inmates' administrative remedy filings.

4. On July 28, 2006, I checked computer records to determine whether Michael A. Smith, Reg. No. 10893-002, has exhausted administrative remedies on the issues in this case. Computer records reflect he has not submitted any Requests for Administrative Remedy and appeals. (See Attachment A.)

5. On the basis of the above information, the record reflects the Plaintiff has not exhausted administrative remedies.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 this information is true and correct to the best of my knowledge.

7/28/06
DATE

Van Vandivier
Senior Litigation Counsel

DEFENDANT'S EXHIBIT 1

ATTACHMENT A

```
         FUNCTION: LST SCOPE: REG    EQ 10893-002      OUTPUT FORMAT: FULL
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____    THRU _____     DT STS: FROM _____   THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ___ ___ ___ ___ ___ ___ ___ ___
SUBJECTS: ___ ___ ___ ___ ___ ___ ___ ___
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ___   ___   ___   ___   ___   ___
TRACK: DEPT: ___   ___   ___   ___   ___   ___
      PERSON: ___   ___   ___   ___   ___   ___
        TYPE: _    _    _    _    _    _
EVNT FACL: EQ ___   ___   ___   ___   ___   ___
RCV FACL.: EQ ___   ___   ___   ___   ___   ___
RCV UN/LC: EQ ___   ___   ___   ___   ___   ___
RCV QTR..: EQ ___   ___   ___   ___   ___   ___
ORIG FACL: EQ ___   ___   ___   ___   ___   ___
ORG UN/LC: EQ ___   ___   ___   ___   ___   ___
ORIG QTR.: EQ ___   ___   ___   ___   ___   ___


G5152      NO REMEDY DATA EXISTS FOR THIS INMATE
```

SERBJ                *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     03-28-2006
PAGE 001 OF 001                                                         10:43:30
Case 1:05-cv-01629-JDB   Document 26-2   Filed 08/23/2006   Page 3 of 3
         FUNCTION: LST SCOPE: REG    EQ 10893-002      OUTPUT FORMAT: FULL