UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. SMITH,
    Plaintiff,

v.

CIVIL ACTION NO.
05-1629 (JDB)

ALBERTO GONZALES, et al.,
    Defendants.
_____/

**PLAINTIFFS' MOTION FOR AN EXTENSION
OF TIME IN WHICH TO FILE A REPLY TO:
DEFENDANTS' MOTION FOR SUMMARY JUDG-
MENT AND TO DISMISS PLAINTIFFS' AMENDED
COMPLAINT, AND DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Comes now**, the Plaintiff, in the above styled action, and hereby moves for a **64** day extension of time in which to file a Reply to Defendants' Motion for Summary Judgment and to Dismiss Plaintiffs' Amended Complaint and Opposition to Plaintiffs' Motion for Summary Judgment. Said extension of time should extend through and include November 30, 2006. Good cause exists to grant this Motion for the following reasons:

Plaintiff makes this Motion in Affidavit form and prays, under penalty of perjury, that the following is true and correct to the best of Plaintiffs' knowledge and belief.

That on or about September 1, 2006, at 8:30am, Warden D.B. Drew entered the institutional law library and commenced to inspect legal work being conducted by the inmates present. After a cursory inspection, the Warden called the S.I.S (Special Investigation Supervisor), Mrs. Paul, to assist in the confiscation of legal property belonging to the inmates present.

RECEIVED
SEP 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The inmates that Plaintiff has interviewed in regards to the seizure of their legal work, non have any idea why the Warden chose to do so, 'nor have any of these inmates had their legal work/papers returned to them as of the date of this writing; and there has not been any explanation s forthcoming from the administration concerning the return of their legal property. Moreover, because the Warden has demonstrated ignominious and capricious behavior, he has effectively intimidated the inmates to the point of fearing him and they will not question or confront him regarding his illegal behavior. Thus, inmates have attempted to initiate the recovery of their legal material through other institutional staff, for instance, Counselor Logan and Unit Manager Ratledge. All to no avail, even after repeated inquiries.

The thrust of the matter is that, had Plaintiff not been at his work assignment, his legal proerty would have been confiscated along with all the other inmates legal property who were present at the law library. Thus, Plaintiff, will have to prepare his briefs piecemeal in order to avoid possible confrontation or confiscation of his legal property by the Warden. Plaintiff has no choice in the matter, as no one knows why he did what he did.

This being a critical juncture in this case, Plaintiff should be afforded the extra time in which to prepare his briefs. Clearly, under the circumstances afforsaid, Plaintiff is under extraordinary pressure and must prepare his briefs surreptitiously.

**Wherefore,** Plaintiff requests that this Honorable Court grant

2

an Extension of Time, and that the date for filing of Plaintiffs' Briefs be Extended to November 30, 2006. A minute Order is requested.

Dated this the 16th Day of September, 2006.

Respectfully Submitted,

*Michael A. Smith*
Michael A. Smith
Plaintiff, pro se
Reg. No. 10893-022
Federal Correctional Inst.
Box PMB 1000
Talladega, AL. 35160

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th Day of September, 2006, I caused the foregoing Motion for Extension of Time, to be served on the Defendants, postage prepaid, addressed as follows:

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW.
Washington, DC. 20530


*/s/ Michael A. Smith*
Michael A. Smith, pro se
Reg. No. 10893-002
Federal Correctional Inst.
Box PMB 1000
Talladega, AL. 35160