UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL A. SMITH,
    Plaintiff,

v.    Civil Action No. 05-1629 (JDB)

ALBERTO GONZALES, et al.,
    Defendants.

_____/

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY TO: DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, AND DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**Comes Now,** the Plaintiff in the above styled action now before the Court, and Moves for a **30 day** extension to file Plaintiff's Opposition to the Defendants' above named pleading. Said Extension should extend through and including **December 30, 2006.** Good cause exists to grant this request for the following:

Plaintiff begs the Courts indulgence. The same conditions prevail as outlined in Plaintiff's first request for an extension of time. Plaintiff has made every good faith effort to meet the November 30, 2006, Extension. However, due to the current institutional conditions this 30 day extension would be required for Plaintiff to finish his preparations of the pleadings.

**Wherefore,** Plaintiff requests that this Honorable Court grant an extension of time, and that the date for filing Plaintiff's Briefs be extended to **December 30, 2006.** A minute Order is requested.

Dated this the 25th day of November, 2006.

                                                **Michael A. Smith**
                                                Plaintiff, pro se
                                                Reg. No. 10893-002
                                                Federal Correctional Inst.
                                                Box PMB 1000
                                                Talladega, AL. 35160

## CERTIFICATE OF SERVICE

**I Hereby Certify** that on this 25th day of November, 2006, that I caused the foregoing Motion for Extension of time to be served on the Defendants, postage prepaid, addressed as follows:

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW.
Washington, DC. 20530

                                            _____
                                            Michael A. Smith
                                            Plaintiff, pro se
                                            Reg. No. 10893-002
                                            Federal Correctional Inst.
                                            PMB 1000
                                            Talladega, AL. 35160

3