UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michael A. Smith,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Alberto Gonzales,** *et al.*,<br><br>**Defendants.** | Civil Action No.  05-1629 (JDB) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 23] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt. No. 21] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice.  This is a final appealable Order.

                                  s/
                        JOHN D. BATES
                   United States District Judge

Dated:   January 12, 2007